IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER BRUNI and MICHELE BRUNI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-3151 |
| MICHAEL BADER | : | |

## **ORDER**

AND NOW, this 9th day of March, 2012, "Defendant's Motion to Dismiss" (docket no. 6) is granted and this action is dismissed for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(b)(1).

A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.